STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. DAVID GRATZ, PLAINTIFF IN ERROR.

Submitted December 6, 1915—Decided January 28, 1916.

On error to the Supreme Court, whose opinion is reported in 86 *N. J. L.* 483.

For the plaintiff in error, *Francis D. Weaver.*

For the state, *James H. Fithian,* prosecutor of the pleas.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, BLACK, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, JJ.   12.

*Fo reversal*—None.